UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **DEAMINGES DAVIS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. 4:06CV1041-DJS |
| ) | |
| **JAMES PURKETT,** ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 is denied.

**IT IS FURTHER ORDERED,** pursuant to §2253 and Slack v. McDaniel, 529 U.S. 473, 483-84 (2000), that no certificate of appealability shall issue from this Court.

Dated this  26th  day of September, 2008.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE